UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In Re:                                              Chapter 11
    The Foam Guys, LLC                        Case No. 14-

                      Debtor.
--------------------------------------------------------

## LIST OF EQUITY SECURITY HOLDERS

The following are the debtor's equity security holders –

    Nicholas Scialdone, Jr.
    698 NYS Route 29
    Saratoga Springs, NY 12866


Mr. Scialdone is a 100% equity holder




Dated: December 12, 2014                             /s/ Nicholas Scialdone
                                                                           Nicholas Scialdone, Jr.



Dated: December 12, 2014                             /s/ Barbara Whipple
                                                                           Barbara Whipple, Esq.
                                                                           Attorney for Debtor
                                                                           817 Madison Avenue
                                                                           Albany, New York
                                                                           (518) 470-5945