UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
In Re:                                                              Chapter 11
    The Foam Guys, LLC                           Case No.

                      Debtor.
-------------------------------------------------------

<u>Affidavit Pursuant to Local Rule 2015-6</u>

The undersigned, Nicholas Scialdone, owner and President of The Foam Guys, LLC, a corporation and submits this Affidavit pursuant to Local Rule 2015-6.

1. The corporation was formed with the express purpose of installing foam insulation.

2. A summary of schedules was filed at the initial filing.

3. Upon information and belief property exists in the form of "joint checks" and/or their proceeds that have been held or retained in connection with pending litigation.

    a. Funds have been received and are currently being held in escrow in Warren County Court part of pending litigation. Demilec v. The Foam Guys

    b. Upon information and belief funds have been received pursuant to "joint check" agreements by Insulation Distributors. No accounting has been received for these funds.

4. Schedule G was filed with the petition.

5. The statement of financial affairs was filed with the petition.

6. The monthly payroll amount is 20,000.00.

7. It is anticipated that Nicholas Scialdone will continue to operate the business.

8. Attached hereto are Schedules I and J indicating the average monthly income and expenses. It is anticipated these schedules will be supplemented with monthly operating reports.

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Nicholas Scialdone, a Shareholder and President of this corporation, named as debtor in this case, declare under the penalty of perjury that I have read the foregoing affidavit and it is true and correct to the best of my knowledge, information and belief

Dated:  December 3, 2014                             /s/ Nicholas Scialdone

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | The Foam Guys, LLC |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | Northern District of New York |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income                                                           12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | |
| Employer's name | | |
| Employer's address | Number    Street | Number    Street |
| | City    State    ZIP Code | City    State    ZIP Code |
| How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. 2. | $_____ | $_____ |
| 3. Estimate and list monthly overtime pay. 3. | +$_____ | +$_____ |
| 4. Calculate gross income. Add line 2 + line 3. 4. | $_____ | $_____ |

Official Form B 6I                               Schedule I: Your Income                                    page 1

Debtor 1    The Foam Guys, LLC _____    Case number (if known) _____
            First Name   Middle Name   Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................ → | 4. | $_____ | $_____ |

5. **List all payroll deductions:**

   | | | | |
   |---|---|---|---|
   | 5a. Tax, Medicare, and Social Security deductions | 5a. | $_____ | $_____ |
   | 5b. Mandatory contributions for retirement plans | 5b. | $_____ | $_____ |
   | 5c. Voluntary contributions for retirement plans | 5c. | $_____ | $_____ |
   | 5d. Required repayments of retirement fund loans | 5d. | $_____ | $_____ |
   | 5e. Insurance | 5e. | $_____ | $_____ |
   | 5f. Domestic support obligations | 5f. | $_____ | $_____ |
   | 5g. Union dues | 5g. | $_____ | $_____ |
   | 5h. Other deductions. Specify: _____ | 5h. | + $_____ | + $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.  6.  $_____  $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $_____  $_____

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a.  $_____  $_____

   8b. **Interest and dividends**  8b.  $_____  $_____

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c.  $_____  $_____

   8d. **Unemployment compensation**  8d.  $_____  $_____

   8e. **Social Security**  8e.  $_____  $_____

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____  8f.  $_____  $_____

   8g. **Pension or retirement income**  8g.  $_____  $_____

   8h. **Other monthly income.** Specify: NET income average  8h. + $ 9,452.10  + $_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9.  $_____  $_____

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10.  $_____ + $_____ = $9,452.10

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____  11. + $_____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies  12. $_____
    Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1: The Foam Guys, LLC
(First Name / Middle Name / Last Name)

Debtor 2:
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of New York

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
   
   ☐ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   
   ☐ No
   ☐ Yes. Fill out this information for each dependent..........
   
   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ☐ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $_____

   If not included in line 4:
   
   4a. Real estate taxes    4a. $_____
   
   4b. Property, homeowner's, or renter's insurance    4b. $_____
   
   4c. Home maintenance, repair, and upkeep expenses    4c. $_____
   
   4d. Homeowner's association or condominium dues    4d. $_____

Official Form B 6J                Schedule J: Your Expenses                page 1

| Debtor 1 | The Foam Guys, LLC | Case number (if known) |
|---|---|---|
| | First Name   Middle Name   Last Name | |

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans     5. $_____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas     6a. $_____
   - 6b. Water, sewer, garbage collection     6b. $_____
   - 6c. Telephone, cell phone, Internet, satellite, and cable services     6c. $_____
   - 6d. Other. Specify: _____     6d. $_____

7. **Food and housekeeping supplies**     7. $_____

8. **Childcare and children's education costs**     8. $_____

9. **Clothing, laundry, and dry cleaning**     9. $_____

10. **Personal care products and services**     10. $_____

11. **Medical and dental expenses**     11. $_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.     12. $_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13. $_____

14. **Charitable contributions and religious donations**     14. $_____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance     15a. $_____
    - 15b. Health insurance     15b. $_____
    - 15c. Vehicle insurance     15c. $_____
    - 15d. Other insurance. Specify: _____     15d. $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____     16. $_____

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1     17a. $_____
    - 17b. Car payments for Vehicle 2     17b. $_____
    - 17c. Other. Specify: _____     17c. $_____
    - 17d. Other. Specify: _____     17d. $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).**     18. $_____

19. **Other payments you make to support others who do not live with you.**
    Specify: Business Expenses Misc     19. $_____ 4,820.12

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property     20a. $_____
    - 20b. Real estate taxes     20b. $_____
    - 20c. Property, homeowner's, or renter's insurance     20c. $_____
    - 20d. Maintenance, repair, and upkeep expenses     20d. $_____
    - 20e. Homeowner's association or condominium dues     20e. $_____

| Debtor 1 | The Foam Guys, LLC | Case number (if known) |
|---|---|---|
| | First Name    Middle Name    Last Name | |

21. Other. Specify: _____    21. +$_____

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.    22. $_____

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a. $ 9,452.10

    23b. Copy your monthly expenses from line 22 above.    23b. −$ 4,820.12

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.    23c. $ 4,631.98

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☐ Yes.    Explain here: